

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00496-CR

Jonathan Andrew **BRUECKEL,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR9293W
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The trial court suspended appellant's sentence on September 30, 2020 and placed him on community supervision. The trial court signed orders amending appellant's community supervision on June 29, 2021, and on August 31, 2021. Appellant filed a pro se notice of appeal on November 5, 2021, in which he refers to the June 29, 2021, order. Assuming without deciding the June 29, 2021, order is an appealable order and because appellant did not file a motion for new trial, his notice of appeal was due on July 29, 2021. TEX. R. APP. P. 26.2(a)(1).

"A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id*. (citing Tex. R. App. P. 26.2(a)(1)). Because appellant did not timely file a notice of appeal, it appears we lack jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause in writing, **no later than November 30, 2021**, why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to respond by November 30, 2021, this appeal will be dismissed. All appellate deadlines are suspended until further order of the court.

_____
Lori I. Valenzuela, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court